THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HENRY F. LALLEY and JOHN C. FLINN, Appellants.

(Argued October 19, 1931; decided November 17, 1931.)

*Nathan Burkan* and *Herman Finkelstein* for John C. Flinn, appellant.

*Frederic R. Coudert, Jr.*, for Henry F. Lalley, appellant.

*Arthur J. W. Hilly, Corporation Counsel (J. Joseph Lilly, Vine H. Smith* and *Rose Schneph* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.